**UNITED STATES BANKRUPTCY**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION –DETROIT**

| | |
|---|---|
| In re | Chapter 13<br>Case No. 15-44260-mbm |
| **Richard R. White, III and**<br>**D'Nita C. White** | **Judge: Marci B. McIvor** |
|                **Debtors** | |
| _____ / | |

**EX-PARTE ORDER TO VACATE ORDER OF DISMISSAL AND TO REINSTATE**
**CHAPTER 13 CASE AND THE AUTOMATIC STAY**

     This matter having come before this Honorable Court on the Ex-Parte Motion of the Debtors, Richard R. White, III and D'Nita C. White, to Vacate Order of Dismissal and to Reinstate Chapter 13 Case and the Automatic Stay, and the Court being fully advised in the premises;

     IT IS HEREBY ORDER that the Court shall enter an Ex-Parte Order to Vacate Order of Dismissal and to Reinstate Chapter 13 Case and the Automatic Stay.
                                                    .

**Signed on April 22, 2016**

                                                _____/s/ Marci B. McIvor_____
                                                Marci B. McIvor
                                                United States Bankruptcy Judge